IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| CHARLOTTE LOUISE EMERY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:08-0051 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Charlotte Louise Emery's Motion for Judgment on the Administrative Record ("Plaintiff's Motion") (Doc. No. 15), to which Defendant ("Defendant") filed a Motion for Judgment on the Administrative Record and Memorandum in Support ("Defendant's Motion") (Doc. Nos. 19, 20). Magistrate Judge Bryant issued a Report and Recommendation (Doc. No. 22) granting Plaintiff's Motion and denying Defendant's Motion on July 6, 2009. No objections to the Report and Recommendation have been filed. Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion, **DENIES** Defendant's Motion, **REVERSES** the decision of the Social Security Administration, and **REMANDS** this case for further administrative proceedings consistent with the Magistrate's Report.

It is so ORDERED.

Entered this ___28___ day of July, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT